CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2023 APR -6 PM 2:17
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

O/S/S Donovan Brighton Scout
U.S. Marine Corp O.C.S. M.C.U. Cadet
MESTER Felix Kyle Cowan #02357646
James V. Allred Unit 2101 FM 369 North
Iowa Park, TX 76367

PETITIONER
(Full name of Petitioner)

CURRENT PLACE OF CONFINEMENT

vs. Bobby Lumpkin, Director
Texas Department of Criminal Justice
Correctional Institution Division
Post Office Box 99
Huntsville, Texas

PRISONER ID NUMBER

RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

7:23-cv-00028-O Internal Use Only
CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

| | |
|---|---|
| A judgment of conviction or sentence, probation or deferred-adjudication probation. | (Answer Questions 1-4, 5-12 & 20-25) |
| A parole revocation proceeding. | (Answer Questions 1-4, 13-14 & 20-25) |
| A disciplinary proceeding. | (Answer Questions 1-4, 15-19 & 20-25) |
| Other:________________ | (Answer Questions 1-4, 10-11 & 20-25) |

**All petitioners must answer questions 1-4:**

**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: TARRANT County, TX
'4 YEARS '2020 - 2024 THOMAS WILDER Dist Clerk
401 W Belknap Street
Fort Worth, Texas 76196 CDCI

2. Date of judgment of conviction: June 5, 2021

3. Length of sentence: '4 year

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: CID # 0310444
C-1-W012272-1645508-B

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one) Not Guilty Guilty (Nolo Contendere)

6. Kind of trial: (Check one) Jury (Judge Only)

7. Did you testify at trial? Yes (No)

8. Did you appeal the judgment of conviction? (Yes) No

9. If you did appeal, in what appellate court did you file your direct appeal? ____________

____________ Cause Number (if known): C-1-W012272-1645508-B

What was the result of your direct appeal (affirmed, modified or reversed)? pending

What was the date of that decision? MARCH 23 2023

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Grounds raised: Failure too Give Due PROCESS of Jurisprudence Military Law

Result: Pending

Date of result: March 23, 2023 Cause Number (if known): C-1-W012272-1645508-B

If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

Result: N/A

Date of result: ____________

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed. (Yes) No

11. If your answer to 10 is "Yes," give the following information:

Name of court: Tex. Court of Criminal Appeals

Nature of proceeding: Habeas Corpus Expart F.L. Cowan

Cause number (if known): C-1-W012272-1645508-B

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: MARCH 23, 2023

Grounds raised: ENFfective Assistance of Counsel Jurisprudence Law failure to Give proper Atty. J.A.G.

Date of final decision: pending

What was the decision? pending

Name of court that issued the final decision: pend

As to any second petition, application or motion, give the same information:

Name of court: N/A

Nature of proceeding: ______

Cause number (if known): ______

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:

______

Grounds raised: N/A

______

Date of final decision: ______

What was the decision? ______

Name of court that issued the final decision: ______

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? Yes No (circled: No)

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: ______

(b) Give the date and length of the sentence to be served in the future: ______

(e) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? Yes No

**Parole Revocation:**

13. Date and location of your parole revocation: ______

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? Yes No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? Yes No

16. Are you eligible for release on mandatory supervision? Yes No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: ______

Disciplinary case number: ______

What was the nature of the disciplinary charge against you? ______

18. Date you were found guilty of the disciplinary violation: ______

Did you lose previously earned good-time days? Yes No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: ______

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: ______

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? Yes No

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: ______

Date of Result: ______

N/A

N/A

N/A

Date of Result: ______________________________

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** 14th Amendment Due Process of Law Active duty U.S. Marine '45 years Need J.A.G.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I am a Texas and United States Veteran I am A.W.O.L. / M.I.A. / P.O.W. I am a CIAU Aman G' Failure to Give Due Process Of Jurisprudence Law Ineffective Assistance Of Counsel No J.A.G. or Combatant AD Student

B. **GROUND TWO:** Immunity Defense ILLegally Confined COP School Alumni

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

'45 YEARS IN C.I.A.U. FRANK Kent School Commandant Amos U.S.M.C. Joint Chief's of staff Gave Honorable Service Flag FOR Current + PRIOR Service and Full Pay FOR Active duty

C. **GROUND THREE:** Ineffective Assistance of Counsel Atty Mr. Brian Eppes Bad Faith

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Bad Faith Attorney Brian Eppes Attorney / Client I was only in for a Lesser than felony charges was a misdemeanor but I.A.D. was Requested because of a standing call to Duty for World War III

D. **GROUND FOUR:** Nobody notified chain of command/ Sheriff Waybourne Put War Vet in Harms-way

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sheriff Waybourne is fully aware the I Mr. Felix Lyle Cowan is a Cop school Alumni Police utility belt P.I.D. C.I.D. World Police World War III in a fact I am A.W.O.L. M.I.A. P.O.W.

21. Relief sought in this petition: Mr. Pres Joe Biden filed for a Full Pardon U.S. Department of Justice Full Pardon Attorney.

(3) Three Texas Gov. Ann Richard Mr. Pres. G.W. Bush Gov Rick Perry Gave Full Pardon I Illegally Confined I am a Cop for '45 years

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition? Yes (No)
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

______________________________

______________________________

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? (Yes) No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
Yes (No)

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

______________________________

______________________________

______________________________

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? Yes No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. ______________________________

______________________________

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Atty Brian Eppes

(b) At arraignment and plea: Atty Brian Eppess

(c) At trial: ______________________________

(d) At sentencing: Atty from Brian Eppes Law Firm

(e) On appeal: PRO Se

(f) In any post-conviction proceeding: Pro se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro se pending

## Timeliness of Petition:

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

PRO Se Had to Goe to Law Library and Read Rules plus Cowan vs Klagbourne + Cowan vs. Bidoveler US supreme Court docketed case October 11, 2022

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_______________________________
Signature of Attorney (if any)

_______________________________

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

MARCH 30, 2023 (month, day, year).

Executed (signed) on MARCH 30, 2023 (date).

Felix Lyle Cowan
Felix Lyle C— #02357646
Signature of Petitioner (required)
PRO Se

Petitioner's current address: Felix Lyle Cowan #02357646
~~James V. Allred Unit~~
2101 FM 369 North
Iowa Park, Texas
76367

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

MAR 23 2023

TIME 8:19 Am

BY G.C. DEPUTY

C-1-W012272-1645508-B

Case No. ________________
(The district clerk of the county of conviction will fill in this blank.)

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
APPLICATION FOR A WRIT OF HABEAS CORPUS
SEEKING RELIEF FROM FINAL FELONY CONVICTION
UNDER CODE OF CRIMINAL PROCEDURE ARTICLE 11.07

NAME: Felix Lyle Cowan

DATE OF BIRTH: MARCH 15, 1967

PLACE OF CONFINEMENT: Texas Department of criminal Justice ID James Allred unit 2101 FM 369 N. Iowa Park, Tx 76367

WARDEN: TDCJ-ID Director BRIAN Collier

TDCJ-CID NUMBER: CID# 0310444 TDCJID# 02351646 SID NUMBER: 03832603

(1) This application concerns (check all that apply):

- [x] a conviction
- [ ] parole
- [ ] a sentence
- [x] mandatory supervision
- [ ] time credit
- [ ] out-of-time appeal or petition for discretionary review

(2) What are the court number and county of the district court in which you were convicted?

CDC 1 TARRANT County, TX

(3) What was the case number in the trial court? (Put only one case number here, even if it includes multiple counts. You must make a separate application on a separate form for other case numbers.)

UNKNOWN

(4) What was the name of the trial judge?

UNKNOWN

Texas Department of Criminal Justice (TDCJ-ID)
(OSS) Donovan Brig Adam Scott
United States Marine O.C.S. MCU. Candi
James V. Allred Unit
MISTER Felix Lyle Cowan #02351696
2101 FM 369 NORTH
IOWA PARK, TEXAS
76367
PRO Se

OFFICE OF
CLERK OF THE UNITED STATES DISTRICT COURT
501 WEST Tenth Street Room. 310
Fort Worth, TEXAS
76102

MARCH 30, 2023

PROSe
Re: Cowan vs Lumpkin
Amend Notice of DEFICIENCY

Dear Honorable Clerk:

I am MISTER Felix Lyle Cowan a United States Marine Active duty filing Amend Notice of DEFICIENCY.

Truly,
PROSe
FLC
Felix Lyle Cowan #02351696
James V. Allred Unit
2101 FM 369 North
Iowa Park, Tx
76367

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **FELIX LYLE COWAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:23-cv-028-O** |
| | § | |
| **BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division,** | § | |
| | § | |
| | § | |
| | § | |
| **Respondent.** | § | |

**NOTICE OF DEFICIENCY AND ORDER**

Petitioner is an inmate confined in the James V. Allred Unit of the Texas Department of Criminal Justice in Iowa Park, Texas. He submitted a letter to the Court stating that he lacks physical access to the prison law library and that he had to file a grievance[1] to obtain copies of the forms needed to file a Section 2254 habeas action and to seek leave to proceed *in forma pauperis*. *See* ECF No. 3 at 3. Petitioner filed the "Application for Leave to Proceed In Forma Pauperis" (ECF No. 4) but did not file the Section 2254 form.

In order to proceed with this case, Petitioner must file a petition using the Court's form for habeas petitions that challenge state court convictions under 28 U.S.C. § 2254. *See* Miscellaneous Order No. 13 (N.D. Tex.) (requiring use of the Court's form habeas petition). The information required on the Court's form is necessary for the Court to complete its preliminary review of the case.

Additionally, Petitioner must submit a statement, certified by an authorized officer of the institution in which he is confined, showing his current inmate trust account balance. This

---

[1] Petitioner included a copy of his Step One Grievance in which he requested the Section 2254 habeas form and the *in forma pauperis* form from prison officials.

statement is required in addition to the *in forma pauperis* application that Petitioner has already filed.

The **Clerk of Court** shall send Petitioner two Section 2254 habeas forms with the case number, **7:23-cv-028-O**, written on the first page of each form. Petitioner shall complete one copy of the form and return it to the Clerk for filing. He may complete and keep the second copy of the form for his records. Petitioner shall cure the deficiencies as directed above by **April 21, 2023**.

Alternatively, if Petitioner did not intend to file a federal habeas action and does not wish to proceed with this case, he shall notify the Court within 14 days and this case will be closed with no adverse consequences. Petitioner is put on notice that there is a one-year statute of limitations for filing a federal habeas petition. *See* 28 U.S.C. § 2244(d).

Failure to comply with this order could result in dismissal of the petition without further notice.

**SO ORDERED** this **24th day** of **March, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

NAME Felix Lyle Coutry Pro Se
TDC# 02351646
2101 FM 369 N
IOWA PARK, TEXAS 76367

NORTH TEXAS
DALLAS
3 APR 2023

X-RAY

RECEIVED
APR - 6 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal MAIL

Honorable office of
Clerk of THE UNITED STATES District Court
501 West Tenth street Room 310
Fort Worth, TX
76102

76102-363799